```
 1  DAVID A. VICINANZO
    Supervising Attorney
 2  Campaign Financing Task Force
    PAULA M. JUNGHANS
 3  Deputy Assistant Attorney General
    Tax Division
 4  GREGORY E. TORTELLA
    GEORGE J. C. JACOBS, III
 5  JOSEPH N. LAPLANTE
    Trial Attorneys
 6       Campaign Financing Task Force
         1001 G. Street, N.W.
 7       Washington, D.C.  20004
         Telephone: (202) 307-0655
 8
    Attorneys for Plaintiff, United States of America
 9
                    UNITED STATES DISTRICT COURT
10
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
    UNITED STATES OF AMERICA,   )    No. CR 98-724-RAP
12                              )
              Plaintiff,        )
13                              )    [PROPOSED] ORDER
         v.                     )
14                              )
    MARIA L. HSIA,              )
15                              )
              Defendant.        )
16  _____)
```

Stamps: LODGED; ENTERED JUN 21 1999 6/21/99 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY; FILED 6-17-99; Jun 17 11 30 AM '99 CENTRAL DIST OF CALIF LOS ANGELES; ENTER ON ICMS JUN 21 1999

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: JUN 17 1999
DEPUTY CLERK

UPON CONSIDERATION of the Government's Motion to Dismiss the Indictment in the above-styled matter,

IT IS this 17th day of June, 1999, by the United States District Court for the Central District of California, hereby

ORDERED that the Government's Motion to Dismiss is hereby GRANTED; and it is further

ORDERED that the trial exhibits shall be returned to the respective parties forthwith.

_____
HONORABLE RICHARD A. PAEZ
United States District Judge

Presented by:

_____
DAVID A. VICINANZO
Supervising Attorney
Campaign Financing Task Force

CERTIFICATE OF SERVICE BY MAIL

I, THERESA J. ARMIJO, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on June 17, 1999, I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite Postage, a copy of: **[PROPOSED] ORDER**.

Addressed To:

| | |
|---|---|
| **KENNETH M. BARISH, ESQ.** | **NANCY LUQUE, ESQ.** |
| **KAJAN, MATHER & BARISH** | **REED, SMITH, SHAW & McCLAY** |
| **9777 Wilshire Blvd., #805** | **1301 K Street, N.W.** |
| **Beverly Hills, CA 90212-1908** | **Suite 1100 - East Tower** |
| **Fax: (310) 278-4805** | **Washington, D.C.  20005-3317** |
| | **Fax: (202) 414-9401** |

at their last known address, at which place there is a delivery service by United States mail.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: June 17, 1999.

THERESA J. ARMIJO